# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL J. WELCOME, | CASE NO. 1:04-CV-5484-OWW-SMS-P |
| Plaintiff, | ORDER VACATING TELEPHONIC TRIAL CONFIRMATION HEARING AND JURY TRIAL DATES |
| v. | |
| G. BOYD, | (Doc. 19) |
| Defendant. | |

This matter is currently set for a telephonic trial confirmation hearing on July 12, 2005, at 10:00 a.m. and jury trial on August 16, 2005, at 9:00 a.m. Plaintiff failed to file his pre-trial statement in compliance with the court's scheduling order, and on June 13, 2005, the undersigned issued a Findings and Recommendations recommending that this action be dismissed. Plaintiff has not filed timely objections, and the matter has been referred to Judge Wanger for resolution.

Accordingly, the telephonic trial confirmation hearing set for July 12, 2005, at 10:00 a.m. and jury trial set for August 16, 2005, at 9:00 a.m. are HEREBY VACATED.

IT IS SO ORDERED.

**Dated: July 7, 2005**              /s/ Sandra M. Snyder
i0d3h8                               UNITED STATES MAGISTRATE JUDGE

1